DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

MALIK COLEMAN AND SHALAMAR COLEMAN,

Appellants,

v.

SECURITY FIRST INSURANCE COMPANY,

Appellee.

No. 2D22-3669

—————————————————

March 8, 2024

Appeal from the Circuit Court for Hillsborough County; Paul Lee Huey,
Judge.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for Appellants.

Tara M. McDonald of Security First Insurance Company, Ormond Beach,
for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and KELLY, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.